SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEAK SULTANZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary Homeland Security;<br>EMILIO GONZALEZ, USCIS Director;<br>DAVID STILL, District Director, Department of Homeland Security,<br><br>    Defendants. | No. C 07-2289 SC<br><br>**CORRECTED STIPULATION TO EXTEND DATES; and [~~PROPOSED~~] ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about April 27, 2007. Defendants' filed their response on July 18, 2007.

   2. Pursuant to this Court's April 27, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 10, 2007, and attend a case management conference on August 17, 2007.

   3. Accordingly, in order to allow sufficient time for the parties to prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby

Stipulation for Extension
C07-2289 SC                                     1

1 | respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

2 | Last day to file/serve Joint Case Management Statement:   August 31, 2007

3 | Case Management Conference:   September 7, 2007, at 10:00 a.m.

4 | Date: August 15, 2007                     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

               /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

               /s/
Date: August 14, 2007        MONICA GANJOO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  August 16, 2007

IT IS SO ORDERED
Judge Samuel Conti

Stipulation for Extension
C07-2289 SC                              2