SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEAK SULTANZAI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary Homeland Security; <br> EMILIO GONZALEZ, USCIS Director; <br> DAVID STILL, District Director, Department of Homeland Security, <br><br> Defendants. | No. C 07-2289 SC <br><br> **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.  Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization.  Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the

Parties' Request for ADR Exemption
C07-2289 SC                              1

1  proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the

2  parties request the case be removed from the ADR Multi-Option Program and that they be excused

3  from participating in the ADR phone conference and any further formal ADR process.

4

5  Date: July 31, 2007                          Respectfully submitted,

6                                                SCOTT N. SCHOOLS
                                                 United States Attorney
7

8                                                _____/s/_____
                                                 EDWARD A. OLSEN
9                                                Assistant United States Attorney
                                                 Attorneys for Defendants
10

11                                               _____/s/_____
12  Date: July 31, 2007                          JEFF GRIFFITHS
                                                 Attorney for Plaintiff
13

14                                      **ORDER**

15          Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the

16  ADR Multi-Option Program and are excused from participating in the ADR phone conference and

17  any further formal ADR process.

18  **SO ORDERED.**

19

20  Date:     8/27/07

21                                               _____
                                                 U.S. District Judge

22

23

24

25

26

27

28

Parties' Request for ADR Exemption
C07-2289 SC                                2