```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEAK SULTANZAI, | ) No. C 07-2289 SC |
| Plaintiff, | ) |
| v. | ) **PARTIES' CONSENT TO MAGISTRATE** |
| MICHAEL CHERTOFF, Secretary Homeland Security; | ) **JUDGE JURISDICTION** |
| EMILIO GONZALEZ, USCIS Director; | ) |
| DAVID STILL, District Director, Department of Homeland Security, | ) |
| Defendants. | ) |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

*IT IS SO ORDERED*
*Judge Samuel Conti*

Consent to Magistrate Judge Jurisdiction
C07-2289 SC                                    1

| | | |
|---|---|---|
| 1 | Date: September 5, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: September 5, 2007 | _____/s/_____<br>MONICA GANJOO<br>Attorney for Plaintiff |

Consent to Magistrate Judge Jurisdiction
C07-2289 SC                         2