1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  NEAK SULTANZAI,                    )
                                       )   No. C 07-2289 JL
13              Plaintiff,             )
                                       )
14       v.                            )
                                       )   **STIPULATION TO DISMISS AND**
15  MICHAEL CHERTOFF, Secretary Homeland )  **[PROPOSED] ORDER**
    Security;                          )
16  EMILIO GONZALEZ, USCIS Director;   )
    DAVID STILL, District Director, Department )
17  of Homeland Security,              )
                                       )
18              Defendants.            )
                                       )
19  _____)

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice in light of the fact that the United States Citizenship and Immigration

23  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

24  adjudicate such application within 30 days of the dismissal of this action.

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

    Stipulation to Dismiss
    C07-2289 JL                              1

1  Date: September 7, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4                                             _____/s/_____
                                              EDWARD A. OLSEN
5                                             Assistant United States Attorney
                                              Attorneys for Defendants
6

7                                             _____/s/_____
8  Date: September 10, 2007                   MONICA GANJOO
                                              Attorney for Plaintiff
9

10                              **ORDER**

11       Pursuant to stipulation, IT IS SO ORDERED.

12  Date:    September 11, 2007   _____
13                                JAMES LARSON
                                  United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28